ROBERT E. PHILLIPS, Appellant, *v.* THANKFUL CALKINS et al., Respondents.

(Argued June 21, 1888; decided October 2, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 23, 1886, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*S. N. Dada* for appellant.

*H. C. Howe* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.